# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BALDWIN, *individually and on behalf of those similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>FOREVER COLLECTIBLES, INC.<br><br>Defendant. | Case No. 1:26-cv-01006-KES-EPG<br><br>ORDER RE: VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i) WITHOUT PREJUDICE<br><br>(ECF No. 9). |

On June 18, 2026, Plaintiff Patricia Baldwin filed a stipulation of dismissal of this case pursuant to Rule 41(a)(1)(A)(i). (ECF No. 9). The stipulation provides the following:

Plaintiff Patricia Baldwin, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of the above-styled action. Plaintiff's individual claims against Defendant are dismissed without Prejudice. The claims of the putative class members are dismissed without prejudice. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

(*Id.*)

In light of the Plaintiff's filing, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i1), and has been dismissed without prejudice.

**IT IS SO ORDERED.**

**DATED:   June 23, 2026**                         /s/ *Erin P. Gross*

**UNITED STATES MAGISTRATE JUDGE**

1